# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Solpac Construction Inc., dba ) ASBCA No. 59130
  Soltek Pacific Construction Company )
)
Under Contract No. W912PL-10-D-0038 )

APPEARANCE FOR THE APPELLANT: Kirk J. McCormick, Esq.
  Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
  McLean, VA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
  Burke S. Large, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Los Angeles

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 25 March 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59130, Appeal of Solpac Construction Inc., dba Soltek Pacific Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals